UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

KEVIN WELLS

VERSUS

STATE OF LOUISIANA

CIVIL ACTION

NO. 15-598-JJB

### RULING AND ORDER

Defendant has filed a motion (doc. 5) "for contempt" and "injunctive relief". However, plaintiff's motion (doc. 2) to proceed in forma pauperis has yet to be determined and the defendant, State of Louisiana, has not been served. Additionally, this matter was apparently removed from state court and there are questions relative to removal and subject matter jurisdiction that must be answered first.

Accordingly, the motion (doc.5) is hereby DENIED without prejudice to being re-filed in the event that the IFP motion is granted, defendant is served and removal jurisdiction is established.

Baton Rouge, Louisiana, November 30th, 2015.

JAMES J. BRADY, DISTRICT JUDGE