UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KELVIN WELLS

VERSUS

STATE OF LOUISIANA

CIVIL ACTION

NO. 15-598-JJB-EWD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes dated April 29, 2016 (doc. no. 22) to which no objection[1] has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, for the same reasons set forth in this Court's March 19, 2015, Ruling and Order remanding CV 14-56 to state court (CV 14-56, doc. no. 17), the court REMANDS this matter to the 23rd JDC, Parish of Ascension, Louisiana, and Mr. Wells' Motion for Relief from Judgment [sic] with Request for Court to Appoint Process Server with Attachments is DENIED as moot. Further, this Court imposes sanctions upon Mr. Wells for continuing to file frivolous and repetitive pleadings despite receiving several sanction warnings from this Court and the Fifth Circuit against filing such pleadings. Further, this Court imposes a $100 sanction and bars Mr. Wells from filing any additional pleadings in this Court until the monetary sanction is paid in full, unless Mr. Wells obtains leave of this Court to file such pleadings.

Baton Rouge, Louisiana, this 19th day of May, 2016.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1]Mr. Wells filed a Motion for Summary Judgment (doc. no. 23) which patently lacks merit.

FINANCE